**Opinion issued August 20, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00226-CV

_____

## IN THE INTEREST OF C.L.G., a Child

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 65607**

## MEMORANDUM OPINION

Appellant, Joe Luis Gonzales, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1).  On

March 19, 2013, we notified appellant that the filing fee was due no later than March 29, 2013. The Court's notice was returned, with the following marked on the envelope: "return to sender, attempted – not known, unable to forward." On April 10, 2013, we notified appellant that this appeal could be dismissed unless he paid the filing fee on or before May 10, 2013. Appellant has neither paid the filing fee nor responded to the Court's notices nor provided us with any other address or means of contacting him. *See* TEX. R. APP. P. 5; 42.3(c).

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.